IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM CHAMBERS,

        Plaintiff,                No.  3:14-cv-01876-PK

    v.

WASHINGTON COUNTY,               ORDER
PAT GARRETT, and
JOSH McCARTHY,

        Defendants.

HERNÁNDEZ, District Judge:

        Magistrate Judge Papak issued a Findings and Recommendation [23] on February 9, 2015, in which he recommends that this Court grant Defendants' Motion to Dismiss [4] Plaintiff's claims against them. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

        Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's

1 – ORDER

report.  28 U.S.C. § 636(b)(1); <u>Dawson v. Marshall</u>, 561 F.3d 930, 932 (9th Cir. 2009); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiff's objections and conclude there is no basis to modify the Findings & Recommendation.  I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [23], and therefore, Defendants' Motion to Dismiss [4] is granted.

IT IS SO ORDERED.

DATED this __16__ day of __Apr.__, 2015.

/s/ Marco Hernandez
MARCO A. HERNANDEZ
United States District Judge

2 – ORDER